**Motion Granted; Appeal Dismissed and Memorandum Opinion filed June 23, 2022.**



**In The**

# Fourteenth Court of Appeals

---

### NO. 14-22-00238-CV

---

### COMMUNITY HEALTH ASSOCIATES, INC., Appellant

### V.

### MAXICARE THERAPY SERVICES, INC., Appellee

---

**On Appeal from the 268th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 21-DCV-284678**

---

### MEMORANDUM OPINION

This is an appeal from a judgment signed January 21, 2022. On June 6, 2022, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Justices Zimmerer, Spain and Poissant.